DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 JANUARY 2015

| 415A14 | Kimberly T. Spence v. Carl J. Willis, II | Plaintiff's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-399) | Dismissed *ex mero motu* <br><br> **Ervin, J., recused** |
|---|---|---|---|
| 425P14 | In Re: Lloyd Steven Lane · | Petitioner's *Pro Se* PWC to Review Order of COA (COAP14-681) | Denied |
| 429P14 | Maurice Quema Wilson v. Erwin Carmichael, Roy Cooper, and State of North Carolina | Petitioner's *Pro Se* Motion for Notice and Joinder of Claims Seeking Inquiry into Restraints on Liberty | Dismissed |
| 431P14 | Deon Quintin McDonald v. Chipp Bailey, Roy Cooper, and State of North Carolina | Plaintiff's *Pro Se* Motion for Notice and Joinder of Claims Seeking Inquiry into Restraints on Liberty | Dismissed |
| 435P14 | Branch Banking and Trust Company v. Brian Keith Keesee and Brian Keith Keesee Construction, Inc. | Def's' PDR Under G.S. 7A-31 (COA14-328) | Denied |
| 440P11-2 | K2 Asia Ventures, Ben C. Broocks, and James G.J. Crow v. Robert Trota, Vericona Trota, Joselito Saludo, Carolyn T. Salud, Roland V. Garcia, Cristina T. Garcia, Jim Fuentebella, Sharon Fuentebella, Max's Baclaran, Inc., Chickens R Us, Inc., Max's Makati, Inc., Max's Ermita, Inc., Max's of Manila, Inc., The Real American Doughnut Company, Inc., Trofi Ventures, Inc., Ruby Investment Company Holdings, Inc., Krispy Kreme Doughnut Corporation, and Krispy Kreme Doughnuts, Inc. | Plts' PDR Under N.C.G.S. § 7A-31 (COA13-1376) | Denied |